UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Pacific Intel Consulting, LLC, | ) | CASE NO.: 2:23-cv-04576-SVW-AS |
|    Plaintiff | ) | JUDGMENT |
|    vs. | ) | |
| Ron Monson et al | ) | |
|    Defendant. | ) | |

Judgment is entered for Defendants and against Plaintiff, pursuant to the Court's order dated February 7, 2024.

DATE: April 3, 2024

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE